Alfredo Campos, demandante y apelado, *v.* The Great American Insurance Co., demandada y apelante.

No. 4019.—*Visto:* Enero 31, 1927. *Resuelto:* Marzo 18, 1927.

Apelación y Error—Naturaleza y Forma del Remedio—Apelaciones Dobles —Apelaciones Independientes de la Sentencia y de Resolución Denegatoria de Nuevo Juicio—Resolución y Disposición de Una y su Efecto en Cuanto a la Otra.—Establecida apelación contra resolución denegatoria de nuevo juicio independientemente de otra establecida contra la sentencia, desestimada ésta, la primera debe proseguirse y decidirse por sus méritos.

Moción sobre desestimación de apelación presentada por el apelado. *Sin lugar.*

*Tous Soto & Pérez Marchand,* abogados del apelante; *Tormes & Colón* y *R. Martínez Nadal,* abogados del apelado.

El Juez Asociado Señor Franco Soto, emitió la opinión del tribunal.

La moción del apelado pidiendo la desestimación del recurso se funda: 1º, en que habiendo quedado firme la sentencia por haberse desestimado el recurso establecido contra ella, la apelación de la resolución de la corte inferior negando un nuevo juicio es académica e improcedente; 2º, porque la apelante no ha cumplido con las disposiciones del Código de Enjuiciamiento Civil en materia de nuevo juicio, etc.; solicitándose, por último, la eliminación de la transcripción de la evidencia por haber sido presentada fuera de término.

La apelación de la resolución negando un nuevo juicio, refiriéndonos al primer fundamento, es independiente de la establecida contra la sentencia, y si como ocurrió en este caso, la desestimación del recurso contra la sentencia se debió a no haberse elevado la transcripción del récord dentro del término que exige la ley, *Campos v. Great American Ins. Co.,* 35 D.P.R. 1021, claro es que la apelación sobre nuevo juicio debe proseguir y decidirse por sus méritos.

El segundo fundamento se contrae en primer lugar a que la transcripción de la evidencia se presentó fuera de término y alude el apelado, sin identificar el caso, a cierto

recurso de *certiorari* v. *La Corte de Distrito de Ponce,* como base para sostener su contención. Presumimos, sin embargo, que el apelado ha querido referirse al *certiorari* resuelto por esta Corte Suprema en junio 26, 1926, titulado *Campos* v. *Corte de Distrito de Ponce,* 35 D.P.R. 621, pero en este caso el auto fué anulado y la decisión fué adversa al peticionario.

En segundo lugar se alega que no se ha presentado una exposición del caso en tiempo, con especificación de los particulares, en que se sostiene ser insuficiente la prueba. Si. partimos de lo resuelto en el caso de *Campos* v. *Corte de Distrito, supra,* y de que el apelado no nos ha presentado una exposición clara de los diferentes incidentes ocurridos en la corte inferior en relación con la moción de nuevo juicio, no nos sentimos inclinados a desestimar el recurso, en ausencia de una demostración suficiente y precisa en apoyo del segundo fundamento de la moción. De todos modos la base de la moción sobre nuevo juicio descansa en otro motivo, que no es solamente la insuficiencia de la prueba, y son todas cuestiones que quedan abiertas para ser consideradas en el fondo.

*Por todo lo expuesto, la moción sobre desestimación debe ser declarada por ahora sin lugar, sin perjuicio de que se pueda insistir en la misma en la vista del recurso.*